UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DAVIS MURPHY,<br><br>　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br><br>　　　Defendant. | Case No. 15-cv-02931-RS<br><br>**ORDER RE FILING CONSENT OR DECLINATION TO JURISDICTION OF MAGISTRATE JUDGE** |

Plaintiff has filed a written consent that would permit reassignment of this matter to a randomly-selected magistrate judge for all purposes. Defendant is requested to file a consent or declination to such reassignment within one week of receiving notice of this order.

**IT IS SO ORDERED**.

Dated: July 2, 2015

_____
RICHARD SEEBORG
United States District Judge