Lawrence D. Rohlfing
Attorney at Law: 119433
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Laurie Davis Murphy

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURIE DAVIS MURPHY, | Case No.: 3:15-cv-02931-MEJ D |
| Plaintiff, | ~~[PROPOSED]~~ ORDER OF DISMISSAL |
| vs. | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATE: 12/15/2015

_____
THE HONORABLE MARIA-ELENA JAMES
UNITED STATES MAGISTRATE JUDGE

-1-

1  DATE: December 14, 2015          Respectfully submitted,

2                                    LAW OFFICES OF LAWRENCE D. ROHLFING

3                                         /s/ *Lawrence D. Rohlfing*
                                  BY: _____
4                                     Lawrence D. Rohlfing
                                      Attorney for plaintiff Laurie Davis Murphy

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

# CERTIFICATE OF SERVICE
## FOR CASE NUMBER 3:15-CV-02931-MEJ D

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for this court by using the CM/ECF system on December 14, 2015.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

*/s/ Lawrence D. Rohlfing*

_____
Lawrence D. Rohlfing
Attorneys for Plaintiff
_____